**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES M. LANIER,            )<br>                                         )<br>         Plaintiff,              )<br>                                         )<br>     v.                                )<br>                                         )<br>CLOVIS UNIFIED SCHOOL DISTRICT,  )<br>et al.,                                )<br>                                         )<br>         Defendants.           )<br>_____ ) | NO. 1:09-CV-02084-AWI-SMS<br><br>ORDER VACATING<br>JANUARY 11, 2010 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

Defendants' motion to dismiss the complaint has been set for hearing in this case on January 11, 2010. On December 29, 2009, Plaintiff filed a motion to continue the hearing. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 11, 2010 is VACATED, and the parties shall not appear at that time. As of January 11, 2010, the court will take the matter under submission, and will thereafter issue its decision. Therefore, Plaintiff's motion to continue the January 11, 2010 hearing date is DENIED as moot.

IT IS SO ORDERED.

Dated:    January 7, 2010                        /s/ Anthony W. Ishii
                                                           CHIEF UNITED STATES DISTRICT JUDGE