# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | NO. 1:09-CV-02084 AWI SKO<br><br>ORDER VACATING<br>JULY 19, 2010 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

　　Defendants' motion to dismiss has been set for hearing in this case on July 19, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 19, 2010, is VACATED, and the parties shall not appear at that time. As of July 19, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　July 15, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE